**D. C. TRANSIT SYSTEM, INC., Appellant,**

v.

**Estelle NUNNALLY and Austria Smith, Appellees.**

**No. 3210.**

District of Columbia Court of Appeals.

Argued May 6, 1963.

Decided June 19, 1963.

---

3. See also, Norris Manufacturing Company v. R. E. Darling Co., 4 Cir., 315 F.2d 633.

David L. Hilton, Washington, D. C., for appellant.

Earl H. Davis, Martin Mendelsohn and Melvin Hirshman, Washington, D. C., for appellee Nunnally.

Edward C. Donahue, Washington, D. C., for appellee Smith.

Before HOOD, Chief Judge, and QUINN and MYERS, Associate Judges.

PER CURIAM.

This case arose out of a collision between a streetcar and an automobile. Appellant was found liable jointly with the owner of the automobile for the injuries sustained by a passenger on the streetcar. Appellant contends that the evidence was insufficient to establish negligence on the part of the streetcar operator.

Several versions of how the accident occurred were advanced at trial. The sole question was a factual one. We have carefully examined the record and find there was ample evidence from which the jury could have concluded that appellant failed to exercise that high degree of care owing by a common carrier to a passenger. The judgment is therefore

Affirmed.